**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1065 DSD/JMM**

| | |
|---|---|
| Shawn Maher, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>Federal Collection Union,<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the above captioned parties and their respective attorneys, that the above-entitled action against the Defendant, Federal Collection Union shall be and hereby is dismissed, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), with prejudice, without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

Dated: 2/1/01

**HEBERT, WELCH & HUMPHREYS, P.A.**

By: ______________________
Owen Reed Humphrey
Attorney I.D. # 150393
Town Square
20 North Lake Street, Suite 301
Forest Lake, MN 55025
Telephone: (651) 464-3397

Dated: 2/5/01

**THE BARRY LAW OFFICE, LTD.**
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

FILED 3-5-01
JUDGMENT ENTERED 3-5-01
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff's action against the Defendants is hereby Dismissed With Prejudice.

**LET THE STIPULATION BE ENTERED ACCORDINGLY.**

Dated: 3/2/01

BY THE COURT:

Honorable Judge
United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.