UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHAWN MAHER, CIVIL NO. 00-1065 (DSD/JMM)

Plaintiff,

v. ORDER

FEDERAL COLLECTION UNION,

Defendant.

The above matter came on for hearing before the undersigned on April 19, 2001 upon Attorney Humphreys' Motion to Withdraw as Counsel for Defendant [Docket No. 13].[1] Thomas Lyons, Jr., Esq. appeared on behalf of Plaintiff; Owen Reed Humphreys appeared in connection with his Motion to Withdraw.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that Attorney Humphreys' Motion to Withdraw as Counsel for Defendant [Docket No. 13] is denied.

Dated: April 24, 2001

JOHN M. MASON
United States Magistrate Judge

1 Attorney Humphreys captioned his pleading "Notice of Withdrawal of Counsel." Because no Substitution of Counsel was filed, the Court treated this document as a Motion to Withdraw in accordance with Local Rule 83.7.

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK