UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. CV 00-1065 DSD/JMM

---

Shawn Maher, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

STIPULATION TO DISSOLVE ORDER AND ENTRY FOR JUDGMENT PURSUANT TO RULE 60(b)(1).

Federal Collection Union, a foreign corporation,

Defendant.

---

WHEREAS, a Stipulation for Dismissal With Prejudice and Order was filed with the Clerk of the United States District Court in St. Paul, Minnesota on ~~February 6~~ March 5, 2001; and

WHEREAS, said Stipulation for Dismissal With Prejudice and Order were inadvertently filed due to a misunderstanding between the parties; and

WHEREAS, the undersigned attorneys for the parties wish to clear the record so Plaintiff may proceed with his intended Motion for Sanctions versus the Defendant.

NOW, THEREFORE, the parties herewith stipulate:



FILED 5-15-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

1. That the Stipulation for Dismissal With Prejudice and Order for Judgment and subsequent Judgment filed on ~~February 6~~ March 5, 2001 be dissolved pursuant to Federal Rules of Civil Procedure 60(b)(1), and both parties relieved from the Judgment.

Dated: May 7, 2001.

HEBERT, WELCH & HUMPHREYS, P. A.

BY: Owen Reed Humphreys
Attorney I. D. No. 150393
Attorney for Defendant
20 North Lake Street, Suite 301
Forest Lake, Minnesota 55025
Telephone: 651-464-3397

Dated: 5/7, 2001.

CONSUMER JUSTICE CENTER, P.A.

BY: Thomas J. Lyons, Jr.
Attorney I. D. No. 249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: 651-770-9707

**ORDER**

Pursuant to the foregoing Stipulation, that the Stipulation for Dismissal with Prejudice and Order for Judgment and subsequent Judgment filed on February 6, 2001 be dissolved pursuant to Federal Rules of Civil Procedure 60(b)(1) and both parties relieved from the Judgment.

**LET THE STIPULATION BE ENTERED ACCORDINGLY.**

Dated: 5/14/01

~~BY THE COURT:~~

~~Magistrate Judge John M. Mason~~
United States District Court