UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHAWN MAHER,

Plaintiff,

CIVIL NO. 00-1065 (DSD/JMM)

v.

FEDERAL COLLECTION UNION,

Defendant.

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated May 21, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED

1. Plaintiff's Motion to Enforce the Settlement Agreement [Docket No. 14] is granted. Defendant shall pay the sum of $8,500.00 to Plaintiff, with interest at the rate of 8% per annum commencing January 31, 2001.

2. This Order is without prejudice to the right of Plaintiff to apply to the Court for further relief against Defendant, and its attorney, in the event Defendant fails to comply with this Order by July 1, 2001

Dated: 6/25/01

DAVID S. DOTY
United States District Court Judge

FILED 6-25-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______